Alfredo **SANCHEZ**, Petitioner,

v.

Michael B. **MUKASEY**,\* Attorney General, Respondent.

No. 06–72952.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 3, 2007 \*\*.

Filed Dec. 10, 2007.

Susan E. Hill, Esq., Hill Piibe & Villegas, Los Angeles, CA, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, David V. Bernal, Jeffery R. Leist, U.S. Department of Justice, Washington, DC, for Respondent.

\* Michael B. Mukasey is substituted for his predecessor, Alberto R. Gonzales, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

\*\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM \*\*\*

Alfredo Sanchez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from the Immigration Judge's decision denying his application for cancellation of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252. We grant the petition for review and remand.

The BIA did not provide a reasoned explanation in its order denying Sanchez's motion to file an untimely brief, so we are unable to meaningfully review the order. *See Garcia Gomez v. Gonzales*, 498 F.3d 1050, 1051 (9th Cir.2007) (per curiam) (remanding where BIA order denying motion to file untimely brief stated only that reason was insufficient to accept the brief in the exercise of discretion). We remand for the BIA to either articulate its reasons for denying the motion, or consider Sanchez's brief.

We do not reach Sanchez's unexhausted ineffective assistance of counsel claim.

**PETITION FOR REVIEW GRANTED; REMANDED.**

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.